B6C (Official Form 6C) (04/13)

**In re** Phillip Cleve Moore                                              **Case No.** _____
          **Debtor**                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)                  ☐ Check if debtor claims a homestead exemption that exceeds $155,675*.
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| land situate in the City of Bristol, VA, and more particularly described as being a part of Lot 73 and 74 of Horizon Hills Subdivision | 11 U.S.C. 522(d)(1) | 5,932.00 | 65,400.00 |
| cash | 11 U.S.C. 522(d)(5) | 20.00 | 20.00 |
| checking account | 11 U.S.C. 522(d)(5) | 50.00 | 50.00 |
| sofa, chair and loveseat | 11 U.S.C. 522(d)(3) | 350.00 | 350.00 |
| coffee and (4) end tables | 11 U.S.C. 522(d)(3) | 150.00 | 150.00 |
| TV | 11 U.S.C. 522(d)(3) | 50.00 | 50.00 |
| telephone | 11 U.S.C. 522(d)(3) | 65.00 | 65.00 |
| clock | 11 U.S.C. 522(d)(3) | 25.00 | 25.00 |
| (2) lamps | 11 U.S.C. 522(d)(3) | 40.00 | 40.00 |
| window dressings/curtains | 11 U.S.C. 522(d)(3) | 20.00 | 20.00 |
| kitchen table and (6) chairs | 11 U.S.C. 522(d)(3) | 475.00 | 475.00 |
| hutch | 11 U.S.C. 522(d)(3) | 575.00 | 700.00 |
| washer/dryer | 11 U.S.C. 522(d)(3) | 300.00 | 300.00 |
| oven | 11 U.S.C. 522(d)(3) | 60.00 | 60.00 |
| microwave | 11 U.S.C. 522(d)(3) | 25.00 | 25.00 |
| refrigerator | 11 U.S.C. 522(d)(3) | 575.00 | 600.00 |
| glassware | 11 U.S.C. 522(d)(3) | 1.00 | 1.00 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6C (Official Form 6C) (04/13) -- Cont.**

**In re** Phillip Cleve Moore     **Case No.** _____
        **Debtor**                                                         **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| (3) beds and bedding | 11 U.S.C. 522(d)(3) | 175.00 | 175.00 |
| (3) night stands and (3) dressers | 11 U.S.C. 522(d)(3) | 190.00 | 190.00 |
| misc. pictures | 11 U.S.C. 522(d)(3) | 15.00 | 15.00 |
| wearing apparel | 11 U.S.C. 522(d)(3) | 350.00 | 350.00 |
| 2001 Box truck | 11 U.S.C. 522(d)(5)<br>11 U.S.C. 522(d)(6) | 7,700.00<br>2,300.00 | 10,000.00 |
| 2003 Ford E250 Van | 11 U.S.C. 522(d)(5) | 2,000.00 | 2,000.00 |
| dog | 11 U.S.C. 522(d)(5) | 1.00 | 1.00 |
| 2003 Chevrolet Trailblazer | 11 U.S.C. 522(d)(2) | 3,000.00 | 3,000.00 |
| | Total exemptions claimed: | 24,444.00 | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-812 - 30031-302Y-***** - PDF-XChange 3.0